IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRY N. MANGAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INSURANCE COMPANIES,<br><br>　　　　　Defendant. | CV 16-142-BLG-TJC<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Motion of the Plaintiff, no objection being heard, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced matter is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that each party shall bear their own costs and attorney's fees in this action.

**IT IS ORDERED**.

DATED this 6th day of February, 2017.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　United States Magistrate Judge